UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEHRUZ EMAM, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03188-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 33 |

In the parties' joint case management statement, they informed the Court that the above captioned matter has settled and that Defendants' payments under the settlement should be completed by September 1, 2021. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court by September 15. 2021, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed by September 15, 2021, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: January 5, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge